MICHAEL S. LAWSON (SBN 048172)
City Attorney
JEFFREY A. CAMBRA (SBN 190295)
Assistant City Attorney
RANDOLPH S. HOM (SBN 152833)
Assistant City Attorney
CITY OF HAYWARD
777 "B" Street
Hayward, California 94541
Telephone: (510) 583-4450
Facsimile: (510) 583-3660

Attorneys for Defendants City of Hayward,
and Leon Limon

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER, <br><br> Plaintiff, <br><br> -vs- <br><br> CITY OF HAYWARD, LEON LIMON, in his individual and official capacity as a police officer for the CITY OF HAYWARD, ERNEST KNOX, in his individual and official capacity as a Security Officer for Chabot College, <br><br> Defendants. <br> _____/ | Case No:. C 08 00493 (EMC) <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE <br> AND <br> REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge

DATED:  March 24, 2008                   MICHAEL S. LAWSON, City Attorney


By:  /s/ _____
JEFFREY A. CAMBRA
Assistant City Attorney
Attorneys for Defendants

---

Farrer v. City of Hayward, et al.                    Defendants' Declination to Proceed
Case No. C-08 00493 (EMC)                            Before A Magistrate Judge and Request
                                                     For Reassignment To A United States
                               1                     District Judge