Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER, | NO.:  C 08-00493 VRW |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CMC** |
| v. | CMC Date:  July 3, 2008 |
| CITY OF HAYWARD, LEON LIMON, in his individual and official capacity as a police officer for the CITY OF HAYWARD, EARNEST KNOX, in his individual capacity and in his official capacity as a Security Officer for Chabot College, | CMC Time:  3:30 p.m.<br>Dept.: 6, 17th Fl.<br>Judge:  V. Walker |
| Defendant. | |

The parties hereby stipulate as follows:

1.  This case is set for CMC on July 3, 2008.  This is the first request for a continuance of that CMC.

2.  Various of the parties have been informally exchanging documents and have been discussing settlement possibilities.  The parties are concerned that costly and time consuming litigation at this point in time could negatively impact settlement prospects.

3.  Accordingly, all parties request that the court continue the CMC in this matter until early September 2008 so as to allow further settlement discussions.  It should be noted that two of the three parties involved are with government entities which have extended settlement approval processes.

**STIPULATION AND ORDER**                                                          Page 1

1

2

3    Dated: June 20, 2008

4                                                    _____
                                                       MICHAEL MILLEN, ESQ.
5                                                      ATTORNEY FOR PLAINTIFF

6

7                                                    MICHAEL S. LAWSON, CITY
8                                                    ATTORNEY FOR THE CITY OF
                                                              HAYWARD
9

10

11   Dated: June 19, 2008
                                                     _____
                                                                    /s/
12                                                     JEFFREY A. CAMBRA, ESQ.
                                                         ASST. CITY ATTORNEY
13

14                                                   BERTRAND, FOX & ELLIOT

15

16   Dated: June 20, 2008

17                                                   _____
                                                                    /s/
18                                                     EUGENE B. ELLIOT, ESQ.
                                                       ATTORNEY FOR EARNEST
19                                                               KNOX

20

21

22

23

24

25

26

27

28

1
2                                           **ORDER**
3           The Court, having considered the Stipulation set forth above, hereby orders that the
4    CMC set for July 3, 2008 is hereby continued to _____, 2008 at
5    3:30 p.m.
6
7
8    Dated:
9                                                  _____
10                                                 VAUGHN WALKER
                                                   UNITED STATES DISTRICT
11                                                          JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**STIPULATION AND ORDER**                                            Page 3