Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF HAYWARD, LEON LIMON, in his individual and official capacity as a police officer for the CITY OF HAYWARD, EARNEST KNOX, in his individual capacity and in his official capacity as a Security Officer for Chabot College,<br><br>Defendant. | NO.:  C 08-00493 VRW<br><br>**STIPULATION AND ORDER TO CONTINUE CMC**<br><br>CMC Date:  July 3, 2008<br>CMC Time:  3:30 p.m.<br>Dept.: 6, 17th Fl.<br>Judge:  V. Walker |

　　　　The parties hereby stipulate as follows:

　　　　1.  This case is set for CMC on July 3, 2008.  This is the first request for a continuance of that CMC.

　　　　2.  Various of the parties have been informally exchanging documents and have been discussing settlement possibilities.  The parties are concerned that costly and time consuming litigation at this point in time could negatively impact settlement prospects.

　　　　3.  Accordingly, all parties request that the court continue the CMC in this matter until early September 2008 so as to allow further settlement discussions.  It should be noted that two of the three parties involved are with government entities which have extended settlement approval processes.

Dated: June 20, 2008

_____
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFF


MICHAEL S. LAWSON, CITY
ATTORNEY FOR THE CITY OF
HAYWARD

Dated: June 19, 2008

_____/S/_____
JEFFREY A. CAMBRA, ESQ.
ASST. CITY ATTORNEY


BERTRAND, FOX & ELLIOT

Dated: June 20, 2008

_____/S/_____
EUGENE B. ELLIOT, ESQ.
ATTORNEY FOR EARNEST
KNOX

## ORDER

The Court, having considered the Stipulation set forth above, hereby orders that the CMC set for July 3, 2008 is hereby continued to __September 18__, 2008 at 3:30 p.m.

Dated: 6/23/2008

GRANTED
Judge Vaughn R Walker

_____
WALKER
UNITED STATES DISTRICT JUDGE

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)*