Michael Millen
Attorney at Law (#151731)
119 Calle Marguerita Ste. 100
Los Gatos, CA 95032
Telephone: (408) 871-0777
Fax: (408) 516-9861
mikemillen@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, LEON LIMON, in his individual and official capacity as a police officer for the CITY OF HAYWARD, EARNEST KNOX, in his individual capacity and in his official capacity as a Security Officer for Chabot College,<br><br>Defendant. | NO.: C 08-00493 VRW<br><br>**STIPULATION AND ORDER TO CONTINUE CMC**<br><br>CMC Date: Sept. 18, 2008<br>CMC Time: 3:30 p.m.<br>Dept.: 6, 17th Fl.<br>Judge: V. Walker |

The parties hereby stipulate as follows:

1. This case is set for CMC on Sept. 18, 2008. This is the second request for a continuance of that CMC.

2. The parties are close to settling this matter.

3. Accordingly, all parties request that the court continue the CMC in this matter until November 2008 so as to allow settlement discussions to complete their course. It should be noted that two of the three parties involved are with government entities which have extended settlement approval processes.

| | | |
|---|---|---|
| 1 | Dated: 9/16/08 | *[signature]* |
| 2 | | _____ |
| 3 | | MICHAEL MILLEN, ESQ. |
| 4 | | ATTORNEY FOR PLAINTIFF |
| 5 | | |
| 6 | | MICHAEL S. LAWSON, CITY ATTORNEY FOR THE CITY OF HAYWARD |
| 7 | | |
| 8 | | |
| 9 | Dated: | _____ |
| 10 | | JEFFREY A. CAMBRA, ESQ. |
| 11 | | ASST. CITY ATTORNEY |
| 12 | | BERTRAND, FOX & ELLIOT |
| 13 | | |
| 14 | Dated: 9-15-08 | *[signature]* |
| 15 | | _____ |
| 16 | | EUGENE B. ELLIOT, ESQ. ATTORNEY FOR EARNEST KNOX |

| | |
|---|---|
| 1 Dated: | |
| 2 | ———————————— |
| 3 | MICHAEL MILLEN, ESQ. ATTORNEY FOR PLAINTIFF |
| 4 | |
| 5 | |
| 6 | MICHAEL S. LAWSON, CITY ATTORNEY FOR THE CITY OF HAYWARD |
| 7 | |
| 8 Dated: 9/15/08 | *[signature: Jeffrey Cambra]* |
| 9 | |
| 10 | JEFFREY A. CAMBRA, ESQ. ASST. CITY ATTORNEY |
| 11 | |
| 12 | BERTRAND, FOX & ELLIOT |
| 13 | |
| 14 Dated: | |
| 15 | ———————————— |
| 16 | EUGENE B. ELLIOT, ESQ. ATTORNEY FOR EARNEST KNOX |

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA 95032
(408) 871-0777

STIPULATION AND ORDER — Page 2

1
2 **ORDER**
3    The Court, having considered the Stipulation set forth above, hereby orders that the
4 CMC set for Sept. 18, 2008 is hereby continued to _____December 11,_____,
5 2008 at 3:30 p.m.  A Case Management Statement shall be filed one week prior to the
6 hearing.
7
8
9 Dated:  9/18/2008
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*