Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-0777
Fax:  (408) 516-9861
mikemillen@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN J. FARRER,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF HAYWARD, LEON LIMON, in his individual and official capacity as a police officer for the CITY OF HAYWARD, EARNEST KNOX, in his individual capacity and in his official capacity as a Security Officer for Chabot College,<br><br>Defendant. | NO.:  C 08-00493 VRW<br><br>**REQUEST FOR DISMISSAL** |

IT IS SO ORDERED
Judge Vaughn R Walker
3/10/2009

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**REQUEST FOR DISMISSAL**     C 08-00493     Page 1

```
 1  │  TO THE COURT:
 2  │     The parties have agreed that this case may be DISMISSED WITH PREJUDICE.
 3  │  Pursuant to stipulation, all parties will bear their own fees and costs.
 4  │
 5  │  Dated:  3/3/09
 6  │                                          _____
 7  │                                          MICHAEL MILLEN, ESQ.
    │                                          ATTORNEY FOR PLAINTIFF
 8  │
 9  │
10  │                                          MICHAEL S. LAWSON, CITY
11  │                                          ATTORNEY
12  │
13  │  Dated:  3/2/09
14  │                                          _____
    │                                          JEFFREY A. CAMBRA, ESQ.
15  │                                          ATTORNEYS FOR DEFENDANT
    │                                          CITY OF HAYWARD AND LEON
16  │                                          LIMON
17  │
18  │
19  │                                          BERTRAND, FOX & ELLIOT
20  │
21  │  Dated:                                  _____
22  │                                          EUGENE B. ELLIOT, ESQ.
    │                                          JOSHUA K. CLENDENIN, ESQ.
23  │                                          ATTORNEYS FOR DEFENDANT
    │                                          EARNEST KNOX
24  │
25  │
26  │
27  │
28  │
```

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-0777

**REQUEST FOR DISMISSAL**                                 C 08-00493         Page 2

TO THE COURT:

The parties have agreed that this case may be DISMISSED WITH PREJUDICE. Pursuant to stipulation, all parties will bear their own fees and costs.

Dated:

───────────────────────────
MICHAEL MILLEN, ESQ.
ATTORNEY FOR PLAINTIFF

───────────────────────────
MICHAEL S. LAWSON, CITY ATTORNEY

Dated:

───────────────────────────
JEFFREY A. CAMBRA, ESQ.
ATTORNEYS FOR DEFENDANT CITY OF HAYWARD AND LEON LIMON

BERTRAND, FOX & ELLIOT

Dated: 3-2-09

───────────────────────────
EUGENE B. ELLIOT, ESQ.
JOSHUA K. CLENDENIN, ESQ.
ATTORNEYS FOR DEFENDANT EARNEST KNOX